No. 2173.—Mrs. M. L. VAUGHN and HUSBAND v. R. TERRELL and Dr. H. F. WADE, Testamentary Executors.

The action to recover the wages of a person employed as a nurse is prescribed by one year. C. C. 3534.

APPEAL from the Second District Court, parish of Orleans.  Duvigneaud, J.    Cotton & Levy, for plaintiffs and appellees.    T. & J. A. Gilmore, for defendants and appellants.

LUDELING, C. J.    This is an action against the executors of Mrs. Lucretia Wade to recover five thousand dollars for services, as a nurse, rendered to the testatrix during her last illness.

The defendants have plead the prescription of one year in bar of the suit.

The plea must be maintained. The plaintiffs' action comes within that class designated in the fifth paragraph of article 3534 [3499] of the Civil Code—" Celle des ouvriers, *gens de travail* et de service, pour le paiement de leurs journées, gages et salaires."

Mr. Marcadé says of *nurses, gardes-malades*, " ce sont des gens de travail, rentrant sous l'article précédent." Mar. Prescription, p. 216.

It is therefore ordered, that the judgment of the district court be annulled, and that there be judgment against the plaintiffs, rejecting their demand, with costs of both courts.